Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
**Kazerouni Law Group, APC**
245 Fischer Avenue
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Fax: (800) 520-5523
Attorneys for Plaintiff,
Samuel Scaife III


David Kaminski (SBN: 128509)
kaminskid@cmtlaw.com
**CARLSON & MESSER LLP**
9841 Airport Boulevard, Suite 1200
Los Angeles, California 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant,
Navy Federal Credit Union

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Scaife III,<br>Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union, and Silverman Theologou, LLP<br>Defendants. | Case No.: **17CV1819 AJB JMA**<br><br>**JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Response due: October 10, 2017<br>New response date: November 9, 2017 |

{Joint Mtn for Extension;1}

1
**JOINT MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**
**Case No.: 17CV1819 AJB JMA**

**IT IS HEREBY STIPULATED BY AND BETWEEN** Plaintiff SAMUEL SCAIFE III ("Plaintiff") and Defendant NAVY FEDERAL CREDIT UNION ("Defendant"), and through their respective counsel, as follows:

WHEREAS, the parties agree to extend the deadline for Defendant to respond to Plaintiff's Complaint to November 9, 2017;

The parties enter into this Stipulation at Defendant's request because Defendant's counsel represents that they have only recently been retained, and who, due to the press of business, require additional time to respond to the allegations in the Complaint. The additional time is necessary to investigate the claims asserted in the Complaint.

This brief extension request will not prejudice any party and does not disrupt any court deadlines in the case.

That Defendant shall have an extension of time up to an including November 9, 2017 within which to respond to Plaintiff's Complaint.

**IT SO STIPULATED.**

                                                      **KAZEROUNI LAW GROUP, APC**

Dated: October 6, 2017        /s/Abbas Kazerounian
                                             Abbas Kazerounian
                                             *Attorney for Plaintiff*

                                             **CARLSON & MESSER LLP**

Dated: October 6, 2017        /s/David J. Kaminski
                                             David J. Kaminski
                                             *Attorneys for Defendant,*
                                             Navy Federal Credit Union

{Joint Mtn for Extension;1}

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Abbas Kazerounian counsel for Plaintiff, and that I have obtained his authorization to affix her electronic signatures to this document.

**CARLSON & MESSER LLP**

Dated:  October 6, 2017         /s/David J. Kaminski
                                 Tamar Gabriel
                                 *Attorneys for Defendant,*
                                 Navy Federal Credit Union

# **CERTIFICATE OF SERVICE**

I, David J. Kaminski, hereby certify that on this 6th day of October, 2017, a true and accurate copy of the foregoing Joint Motion to Extend Time to Respond to Initial Complaint were served via the District Court ECF System on the Following:

Email: josh@westcoastlitigation.com
yana@westcoastlitigation.com
ak@kazlg.com

        /s/David J. Kaminski
        David J. Kaminski
        CARLSON & MESSER LLP