# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Scaife III,<br>Plaintiff,<br><br>v.<br><br>Navy Federal Credit Union, and Silverman Theologou, LLP<br>Defendants. | Case No.: **17CV1819 AJB JMA**<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. No. 5) |

The Court has reviewed the parties' Joint Motion to Extend Time to Respond to Initial Complaint by Plaintiff SAMUEL SCAIFE III and Defendant NAVY FEDERAL CREDIT UNION. Pursuant to the Stipulation of the parties, and for good cause, it is hereby ordered that Defendant NAVY FEDERAL CREDIT UNION has an extension of time up to and including November 9, 2017 within which to file an Answer to Plaintiff's Complaint.

IT IS SO ORDERED.

Dated: October 8, 2017

Hon. Anthony J. Battaglia
United States District Judge