UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL SCAIFE III,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION, et al.,<br><br>　　　　　　　　　Defendants. | Case No.:  17CV1819 AJB (JMA)<br><br>**ORDER SETTING DEADLINE FOR FILING OF JOINT MOTION FOR DISMISSAL** |

　　　The parties have filed a notice of settlement.  Accordingly, a joint motion for dismissal shall be filed with the Court, and a separate proposed order for dismissal e-mailed to the district judge's e-mail address, on or before **December 18, 2017**.[1]  If a joint motion for dismissal and proposed order thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler at least one court day before the date indicated above to explain the reasons therefor.  Failure to comply with this order

---

[1] See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

<u>may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED**.

Dated:  November 3, 2017

_____
Honorable Jan M. Adler
United States Magistrate Judge